UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

MICHAEL E. HOLMES,)
       Plaintiff(s);)
)
vs.)  No.  CV97-P-01367-S
)
)
W.A. KENDALL & COMPANY, INC.,)
       Defendant(s).)

FILED 97 AUG 18 PH 2:42 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED AUG 19 1997

ORDER

    Pursuant to the parties' joint Stipulation of Dismissal With Prejudice, filed with this Court on August 11, 1997, this matter is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

    Dated: _August 18_, 1997

                                      Chief Judge Sam C. Pointer, Jr.

Service List:
  Mr. Earl P. Underwood, Jr.
  Mr. Wayne Morse, Jr.
  Ms. Judith E. Dolan